**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|                              |                                                                                              |
| ---------------------------- | -------------------------------------------------------------------------------------------- |
| FREDERICK TELLEZ,            | Case No. LACV 17-9294-GW (LAL)                                                                |
| Petitioner,                  | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**               |
| v.                           |                                                                                              |
| SHAWN HATTON, Warden,        |                                                                                              |
| Respondent.                  |                                                                                              |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

The Petition shall be dismissed without prejudice to Petitioner re-filing the action if he obtains permission from the Ninth Circuit. Petitioner's Objections otherwise lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the Petition and dismissing this action without prejudice; and

///

///

3.     The Clerk serve copies of this Order on the parties.


DATED: April 6, 2018                        _____

                                            HONORABLE GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE