**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDERICK TELLEZ,<br><br>                       Petitioner,<br><br>          v.<br><br>SHAWN HATTON, Warden,<br><br>                      Respondent. | Case No. LACV 17-9294-GW (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: April 6, 2018        _____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE